# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Steve Stephens,

Vs. No. 11-11-00011-CV

Beckham & Jones Co.,

\* From the County Court at
Law of Walker County,
Trial Court No. 9309CV.

\* January 31, 2013

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Steve Stephens.